AO91 (Rev. 12/03)  Criminal Complaint                                                                                     AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | Case Number: 7:18-po-06583 |

Esteban DIAZ-Saucedo
IAE
Mexico 1977

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 18, 2018** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Esteban DIAZ-Saucedo was encountered by Border Patrol Agents near Roma, Texas on June 18, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on June 18, 2018 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/ Gonzalez, Mickel A.  Border Patrol Agent
Signature of Complainant

Gonzalez, Mickel A.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 20, 2018                                                        at        McAllen, Texas
Date                                                                                City/State

J Scott Hacker            U.S. Magistrate Judge
Name of Judge             Title of Judge                            Signature of Judge